**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

No. 99-2074

—————

ARLEAN WITHERSPOON,

Plaintiff - Appellant,

versus

CHARLESTON MEMORIAL HOSPITAL; SHARON MCCABE,
Nurse Manager for Charleston Memorial
Hospital,

Defendants - Appellees.

—————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.   Patrick Michael Duffy, District
Judge.  (CA-98-1813-23-2)

—————

Submitted:  March 31, 2000          Decided:  June 13, 2000

—————

Before LUTTIG and WILLIAMS, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

—————

Affirmed by unpublished per curiam opinion.

—————

John A. Gaines, Sr., Florence, South Carolina, for Appellant.
Stephen P. Groves, Sr., Shawn D. Wallace, Stephen L. Brown, YOUNG,
CLEMENT, RIVERS & TISDALE, L.L.P., Charleston, South Carolina, for
Appellees.

—————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Arlean Witherspoon appeals the district court's order dismissing her employment discrimination action pursuant to Fed. R. Civ. P. 37(b)(2)(C) for failure to comply with discovery orders. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Witherspoon v. Charleston Mem'l Hosp., No. CA-98-1813-23-2 (D.S.C. July 26, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED